```
 1   Stephanie R. Tatar (State Bar No. 237792)
     stephanie@thetatarlawfirm.com
 2   THE TATAR LAW FIRM
     3500 West Olive Avenue, Suite 300
 3   Burbank, CA  91505
 4   Telephone:  (323) 744-1146
     Facsimile:   (888) 778-5695
 5                                              JS-6
     Erin A. Novak (pro hac vice)
 6   enovak@consumerlawfirm.com
 7   FRANCIS & MAILMAN, P.C.
     Land Title Building, 19th Floor
 8   100 South Broad Street
     Philadelphia, PA  19110
 9   Telephone:  (215) 735-8600
     Facsimile:   (215) 940-8000
10
11   Attorneys for Plaintiff
     HOANG M. VUONG
12
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| HOANG M. VUONG<br><br>  Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC. and EQUIFAX INFORMATION SERVICES LLC.<br><br>  Defendants. | Case No. 8:11-cv-01575-JVS-AN |

## **ORDER**

This matter, having come before the Court upon presentation of a Joint Stipulation of Dismissal, it is hereby ORDERED that:

Defendants Equifax Information Services LLC and Experian Information Solutions, Inc. are dismissed with prejudice, with each party to bear her/its own

1  attorney's fees, costs and expenses incurred.

_____
JAMES V. SELNA,     U.S.D.J.

Dated: December 10, 2012